UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMAR RHOME, <br><br> Plaintiff, <br><br> v. <br><br> AUDREY ANDERSON, *et al.*, <br><br> Defendants. | Case No. C09-1366-JLR <br><br> ORDER |

Having considered the application to proceed *in forma pauperis* (IFP) (Dkt. 4) and the proposed 42 U.S.C. § 1983 complaint (Dkt. 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, and the balance of the record, the Court hereby ORDERS:

(1) The Report and Recommendation is adopted.

(2) The application to proceed IFP (Dkt. 4) is denied.

(3) The proposed civil rights action (Dkt. 1) is dismissed without prejudice.

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 1st day of December, 2009.

JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1